# ILGANAYEV LAW FIRM
139 Fulton St., Suite 801, New York, New York 10038
**Migir Ilganayev**
Direct Dial: (646) 396-8050
E-Mail: ilganayevlaw@gmail.com

December 31, 2020

**VIA ECF FILING (Letter Only)**
Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *d/b/a Seaport House (Hopkins Hawley LLC), et al v.*
                 *Andrew Cuomo, Mayor Bill De Blasio, et al*
                 **Case No. 20-cv-10932**

Dear Judge McMahon:

      This firm represents the Plaintiffs in the above referenced action that was filed on December 25, 2020. Last night, we filed an ***Emergency Order to Show Cause seeking a Temporary Restraining Order***, which, among other things, respectfully requests an order allowing New York City restaurants to extend their hours of outdoor dining tonight for New Year's Eve. Attorneys for the Defendants have been noticed and have reached out to us inquiring about the time of the hearing for this motion.

      We made numerous attempts to reach your Chambers and your Deputy by phone but to no avail. The purpose of this letter is to respectfully request to be heard today on our Emergency Order to Show Cause.

      Thank you in advance for your time.

                                                               Sincerely,

                                                               Migir Ilganayev

cc:  Assistant Attorney General Seth Farber *Via Email*
      Assistant Corporation Counsel Glenne Fucci *Via Email*