UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
HOPKINS HAWLEY LLC d/b/a SEAPORT           :
HOUSE, THE GREATER NEW YORK                :
MERCHANTS' ALLIANCE, and COSTIN            :
TARSOAGA, on behalf of themselves and all  :
others similarly situated,                 :       20-cv-10932 (PAC)
                                           :
             Plaintiffs,                   :
                                           :       ORDER
    -against-                              :
                                           :
ANDREW CUOMO, in his personal and          :
official capacity as Governor of the State of :
New York, THE NEW YORK CITY                :
DEPARTMENT OF FINANCE, THE NEW             :
YORK CITY SHERIFF'S DEPARTMENT,            :
and BILL DE BLASIO, in his personal and    :
official capacity as Mayor of the City of New :
York,                                      :
                                           :
             Defendants.                   :
-----------------------------------------------------------X
```

      Plaintiffs move for a Temporary Restraining Order and Preliminary Injunction enjoining Governor Cuomo's latest COVID-19 restrictions on restaurant dining in New York City. Plaintiffs are directed to serve defendants with their complaint and moving papers forthwith. The Court will convene a telephonic status conference on Wednesday, January 6, 2021 at 11:00 AM to discuss the next steps.  The counsel representing the state and city entities should participate in the telephonic conference. The dial-in is 888-363-4749 and the access code is 8359662.

Dated: New York, New York                SO ORDERED
January 5, 2021

                                                                     HONORABLE PAUL A. CROTTY
                                                                     UNITED STATES DISTRICT JUDGE