UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HOPKINS HAWLEY LLC d/b/a SEAPORT HOUSE, THE GREATER NEW YORK MERCHANTS' ALLIANCE, and COSTIN TARSOAGA, on behalf of themselves and all others similarly situated,

                       Plaintiffs,

    -against-                                      20 **CIVIL** 10932 (PAC)

## **JUDGMENT**

ANDREW CUOMO, in his personal and official capacity as Governor of the State of New York, THE NEW YORK CITY DEPARTMENT OF FINANCE, THE NEW YORK CITY SHERIFF'S DEPARTMENT, and BILL DE BLASIO, in his personal and official capacity as Mayor of the City of New York,

                       Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 11, 2021, the Defendants' motion to dismiss is granted; accordingly, this case is closed.

Dated:  New York, New York

       May 11, 2021

                                                   **RUBY J. KRAJICK**

                                                     Clerk of Court
                                   **BY:**

                                                      Deputy Clerk